**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Edward SIMMONS, a/k/a Deuce,
Defendant—Appellant.**

**No. 09–7715.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 19, 2009.

Decided: Dec. 4, 2009.

Edward Simmons, Appellant pro se.
Thomas Oliver Mucklow, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Simmons appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Simmons,* No. 3:07–cr–00041–JPB–DJJ–2, 2009 WL 2877236 (N.D.W.Va. Sept. 1, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*